**Order entered July 12, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00693-CV

### IN THE INTEREST OF M.T., A CHILD

**On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-04-10316**

## ORDER

Before the Court is appellant's July 3, 2013 motion to compel the Official Court Reporter for the 256th Judicial District Court to file trial transcripts. A review of our records shows the reporter's record for this case was filed afterhours on July 2, 2013. Accordingly, we **DENY** appellant's motion as moot. Appellant's brief is due twenty days from the date of this order.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE